# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE SERVICEMASTER COMPANY, LLC, et al.,<br><br>　　　　　Defendants. | CASE NO. 19cv1157-LAB (WVG)<br><br>**ORDER DENYING JOINT MOTION TO STAY ACTION PENDING ARBITRATION [Dkt. 7];**<br><br>**ORDER OF DISMISSAL** |

The parties seek to stay this case pending arbitration of Plaintiff Christian Rodriguez's claims against Defendant ServiceMaster. The parties have stipulated that (1) Rodriguez signed ServiceMaster's "*We Listen* Dispute Resolution Plan," which requires him to arbitrate all claims arising from his employment with ServiceMaster, and (2) each of Rodriguez's claims in the current suit arises from his employment with ServiceMaster. *See* Dkt. 7. Because the parties agree that all the claims raised in this action are subject to arbitration, the Court elects to **DISMISS THE CASE WITHOUT PREJUDICE** rather than entering a stay. *See Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (The court "may either stay the action or dismiss it outright [if] the court determines that all of the claims raised in the action are subject to arbitration."). The parties may reopen the case at a later date upon a showing of good cause, but the motion to stay is **DENIED**.

　　**IT IS SO ORDERED.**

Dated: August 29, 2019

　　　　　　　　　　　　　　　　　　　　／s／ Larry A. Burns
　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　Chief United States District Judge

- 1 -