# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RODRIGUEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE SERVICEMASTER COMPANY, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 19cv1157-LAB (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 13]** |

The parties' Joint Stipulation to Dismiss with Prejudice, construed as a Joint Motion to Dismiss, is **GRANTED**. Dkt. 13. This action is **DISMISSED WITH PREJUDICE** in its entirety, which each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: March 10, 2020

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge